THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOSE MANGUAL, Defendant-Appellant.

(No. 59080;

First District (3rd Division)—April 4, 1974.

PER CURIAM.
DEMPSEY, J., took no part.

Paul Bradley, Deputy Defender, of Chicago (Charles I. Weitzman, Assistant Appellate Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Barry Rand Elden, Assistant State's Attorneys, of counsel), for the People.